UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

           Plaintiff,

     v.

LPLW, LLC,

           Defendant.

Case No. 21-cv-04132-RS

**ORDER EXTENDING DEADLINES**

       Upon review of plaintiff's administrative motion and defendant's response, it is ordered that the site inspection be completed no later than March 15, 2022, and that all associated deadlines be continued accordingly.

**IT IS SO ORDERED**.

Dated: February 23, 2022

_____
RICHARD SEEBORG
Chief United States District Judge