| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Naomi Butler, Esq, SBN 332664 |
| 2 | 100 Pine St., Ste 1250 |
| | San Francisco, CA 94111 |
| 3 | (858) 375-7385; (888) 422-5191 fax |
| | naomib@potterhandy.com |
| 4 | |
| | Attorney for Plaintiff |
| 5 | |
| | Kastner | Kim LLP |
| 6 | Eric C. Kastner |
| | eck@kastnerkim.com |
| 7 | 1451 Grant Rd, Suite 104, |
| | Mountain View, CA 94040, |
| 8 | Telephone: 650-967-7854 |
| | Facsimile: 650-386-1885 |
| 9 | |
| | Attorney for Defendant |
| 10 | LPLW, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Scott Johnson**, | ) | Case No.: 3:21-cv-04132-RS |
| Plaintiff, | ) ) | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO** |
| v. | ) ) | **F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| **LPLW, LLC**; a California Limited Liability Company | ) ) ) | |
| Defendants | ) ) | |

*IT IS SO ORDERED*
*Judge Richard Seeborg*
*Dated: 1/25/2023*

### STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs..

Dated: 1/17/2023        CENTER FOR DISABILITY ACCESS

By:/s/ Naomi Butler
Naomi Butler
Attorney for Plaintiff

Dated: 1/17/2023        Kastner | Kim LLP

By:/s/ _____
Eric C. Kastner

Attorney for Defendant
LPLW, LLC;

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eric C. Kastner, counsel for LPLW, LLC, respectively, and that I have obtained Attorney Kastner's authorization to affix their electronic signature to this document.

Dated: 1/17/2023                              CENTER FOR DISABILITY ACCESS

                                              By: /s/ Naomi Butler
                                              Naomi Butler
                                              Attorney for Plaintiff